## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**LARRY JONES and D'SHAWN JONES,**

          **Plaintiffs,**         Hon:

v.                               Case No: 21-10441

**FLORA BLANDING, BAILEY RUMSCHLAG, PAUL SWEPPY, JAMES DEMPS, and CITY OF DETROIT, a Municipal Corporation, Jointly and Severally,**

          **Defendants.**

---

| **FRANK K. RHODES, III (P-24119)** | **MICHAEL M. MULLER (P-38070)** |
|---|---|
| Attorney for plaintiffs | Attorney for City of Detroit |
| 19080 West Ten Mile Road | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 350-0110 | (313)-237-5052 |
| FKRhodes49@gmail.com | mullm@detroitmi.gov |

## NOTICE OF REMOVAL

      **NOW COME** defendants, City of Detroit, Paul Sweppy, James Demps and Flora Blanding, and for their Notice of Removal, state as follows:

1.     That on or about February 17, 2021, plaintiff filed Case No. 21-002179-NO in the Circuit Court for the County of Wayne, State of Michigan naming City of

    Detroit, Paul Sweppy, James Demps and Flora Blanding as party defendants. (Exhibit A).

2. That plaintiff's complaint asserts federal civil rights claims under 42 U.S.C. §1983 against all individual defendants for alleged violation of the 4th Amendment to the U.S. Constitution in paragraph 9 and against the City under *Monell* in paragraph 11, together with state claims for False Arrest/Imprisonment, Malicious Prosecution and Assault & Battery/excessive force. (Exhibit A).

3. That this Honorable Court has original jurisdiction over the aforesaid claims under 28 U.S.C. §1331 (Federal Question Jurisdiction), and such claims are removable pursuant to 28 U.S.C. §1441(b) and §1446(b).

4. That the within Notice for Removal has been filed within thirty days of service (February 23, 2021), notice of filing or otherwise of the Complaint in Case No. 21-002179-NO by and through which defendants first ascertained the case had become removable.

                                                  /s/Michael M. Muller
                                                  **MICHAEL M. MULLER (P-38070)**
                                                  **Senior Assistant Corp Counsel**
                                                  2 Woodward Avenue, Suite 500
                                                  Detroit, MI 48226
Dated:  February 26, 2021                    (313) 237-5052

K:\DOCS\LIT\mullm\A13000\removal\MM3971.WPD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LARRY JONES and D'SHAWN JONES,**

          **Plaintiffs,**            Hon:

v.            Case No: 21-10441

**FLORA BLANDING, BAILEY RUMSCHLAG, PAUL SWEPPY, JAMES DEMPS, and CITY OF DETROIT, a Municipal Corporation, Jointly and Severally,**

          **Defendants.**

| **FRANK K. RHODES, III (P-24119)** | **MICHAEL M. MULLER (P-38070)** |
|---|---|
| Attorney for plaintiffs | Attorney for City of Detroit |
| 19080 West Ten Mile Road | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 350-0110 | (313)-237-5052 |
| FKRhodes49@gmail.com | mullm@detroitmi.gov |

**PROOF OF SERVICE**

I hereby certify that on **February 26, 2021**, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system.  The undersigned also certifies that a copy of the **Notice of Removal and this Proof of Service** was served on the attorney of record in the above cause by emailing the same to him at his email address of record with Wayne County Circuit Court.

**/s/Michael M. Muller**

K:\DOCS\LIT\mullm\A13000\removal\MM3971.WPD