UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JONES, et al.,

    Plaintiffs,                                         Case No. 21-cv-10441
                                                   Hon. Matthew F. Leitman

v.

CITY OF DETROIT, et al.,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE AND
## TERMINATING MOTION TO COMPEL (ECF NO. 15)

On January 6, 2022, the Court held a status conference with counsel for the parties to discuss the issues presented in Plaintiffs' motion to compel discovery (ECF No. 15). For the reasons stated on the record, **IT IS ORDERED** as follows:

1. By not later than close of business today, January 6, 2022, Plaintiffs' counsel shall email to Defendants' counsel all of Plaintiffs' requests for discovery of documents to which Defendants have purportedly failed to respond.

2. By not later than February 8, 2022, Defendants (1) shall provide to Plaintiffs full written responses to Plaintiffs' document requests, served by email; and (2) shall produce to Plaintiffs all documents that Defendants identify as responsive to Plaintiffs' document requests in their written responses.

3. By not later than January 13, 2022, Plaintiffs' counsel and Defendants' counsel shall meet and confer to determine a date for the deposition of Defendant Paul Sweppy, which is to be conducted by not later than March 7, 2022.

4. By not later than January 13, 2022, Plaintiffs' counsel and Defendants' counsel shall meet and confer to determine a date for the deposition of Plaintiffs' mother, which is to be conducted by not later than March 7, 2022.

5. The above resolve the issues presented in Plaintiffs' motion to compel. Accordingly, that motion (ECF No. 15) is **TERMINATED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 6, 2022


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764
