UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JONES, *et al.*,

    Plaintiffs,

v.

CITY OF DETROIT, *et al.*,

    Defendants.

Case No. 21-cv-10441
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING PARTIES TO ATTEND MEDIATION

**IT IS HEREBY ORDERED** that the parties shall attend a private mediation presided over by Allan Charlton, a mediator jointly selected by the parties. At the conclusion of the mediation, the parties shall update the Court's Case Manager on the results of the mediation.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 17, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126